CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 11 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KRISHA DANIELLE PRIM, | ) |
| Plaintiff, | ) Civil Action No. 7:14CV00135 |
| v. | ) **ORDER** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant. | ) |

This matter was referred to United States Magistrate Robert S. Ballou, pursuant to 28 U.S.C. § 636(b)(1)(B) for proposed findings of fact and a recommended disposition. The magistrate judge submitted a report and recommendation on July 22, 2015, in which he recommends that the final decision of the Commissioner be affirmed, the defendant's motion for summary judgment be granted, and the plaintiff's motion for summary judgment be denied. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.

It is accordingly

ORDERED

as follows:

1. The report and recommendation dated July 22, 2015 (Dkt. #25) is ADOPTED in its entirety;

2. Plaintiff's motion for summary judgment (Dkt. #18) is DENIED;

3. Defendant's motion for summary judgment (Dkt. #20) is GRANTED; and

4. This matter is STRICKEN from the active docket of the court.

The Clerk is directed to send a certified copy of this order to all counsel of record.

ENTER: August 11, 2015

/s/ Glen E. Conrad
Chief United States District Judge